UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEBBIE HAYWARD,<br><br>Plaintiff,<br><br>v.<br><br>R.M. GALICIA, INC., a/k/a<br>PROGRESSIVE MANAGEMENT<br>SYSTEMS,<br><br>Defendant. | HON: JANET T. NEFF<br>Civil Action No.: 11-cv-01265-JTN |
| Law Office of Nitzkin & Associates<br>Gary D. Nitkin (P41155)<br>Attorney for Plaintiff<br>22142 W. Nine Mile Rd.<br>Southfield, MI 48033<br>(248) 353-2882 | Collins, Einhorn, Farrell & Ulanoff<br>Deborah A. Lujan (P46990)<br>Attorney for Defendant, R.M. Galicia, Inc.<br>4000 Town Center, Ste. 909<br>Southfield, MI 48075<br>(248) 355-4141 |

## STIPULATION ADJOURNING DUE DATE
## FOR DEFENDANT'S RESPONSE TO COMPLAINT

IT IS HEREBY STIPULATED by and between counsel for all parties that Defendant's response to Plaintiff's Complaint will now be due on or before January 23, 2012.

/s/ Gary D. Nitkin
Gary D. Nitkin (P41155)
Attorney for Plaintiff
22142 W. Nine Mile Rd.
Southfield, MI 48033
(248) 353-2882

/s/ Deborah Lujan
Collins, Einhorn, Farrell & Ulanoff
Deborah A. Lujan (P46990)
Attorney for Defendant, R.M. Galicia, Inc.
4000 Town Center, Ste. 909
Southfield, MI 48075
(248) 355-4141