UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBBIE HAYWARD,

      Plaintiff,                             Case No. 1:11−cv−01265−JTN

v.                                    Hon. Janet T. Neff

R.M. GALICIA, INC.,

      Defendant.
_____/

## **ORDER**

     For reasons stated on the record at the hearing held June 11, 2012, Defendant's Motion to Transfer Venue (Dkt. 21) is GRANTED, and this matter is ordered transferred from the Western District of Michigan to the Central District of California.

     IT IS SO ORDERED.

Dated:  June 11, 2012                                    /s/ Ellen S. Carmody
                                                          ELLEN S. CARMODY
                                                          U.S. Magistrate Judge